JS-6

Paul T. Cullen, Esq. (#193575)
THE CULLEN LAW FIRM, APC
19360 Rinaldi St., Box 647
Porter Ranch, CA 91326
Tel: (818) 360-2529; (626) 744-9125
Fax: (866) 794-5741
E-mail: paul@cullenlegal.com

Attorney for CASSIE STROUP, individually on behalf of herself, all others similarly situated, and the general public

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSIE STROUP, and individual, on behalf of herself, all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br> vs.<br><br>PREMIERE INTERNATIONAL CORP., a Delaware corporation and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO.: CV 14-07678 CAS<br>CASE NO.: CV 14-06447 CAS<br>(Hon. Christina A. Snyder)<br><br>[PROPOSED] ORDER AND JUDGMENT ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>DATE: December 14, 2015<br>TIME: 10:00 a.m.<br>CTRM: 5<br><br>Hon. Christina A. Snyder |

On December 14, 2015, the Parties appeared before this Court on Plaintiff's motion for final approval, including the request for attorney's fees, costs and a class representative enhancement.  In light of the documented evidence submitted in the moving papers and good cause appearing therefor, the Court hereby grants the motion.  The Court finds that the settlement is "fair, reasonable, and adequate" consistent with Fed. R. Civ. P. 23(e)(2). The Court has balanced several factors in coming to this conclusion, including: (1) the strength of plaintiffs' case; (2) the risk, expense, complexity, and likely duration of further litigation; (3) the risk of maintaining class action status throughout the trial; (4) the amount offered in settlement; (5) the extent of discovery completed and the stage of the proceedings; (6) the experience and views of counsel; and (7) the reaction of the class members to the proposed settlement.  The court concludes that notwithstanding the apparent strengths of Plaintiff's case, there are significant risks, expenses, and complexities along with the likely duration of further litigation that warrant approval of the settlement.  The Court also notes that there is a risk of maintaining class action status through trial.  Based upon the representations of counsel, it appears that the offer of settlement is approximately 62% of the best case scenario, which is well within the ballpark of settlements that are deemed adequate under Rule 23.  Class Counsel has also demonstrated that he was sufficiently apprised through formal discovery in the preceding, related action as well as the informal discovery

conducted herein, such that he was able to make a well-informed decision regarding the propriety of settlement at the time Plaintiff agreed to the proposed settlement. Even though this is at an early stage in the proceedings, the favorable opinion of Class Counsel, who is sufficiently experienced in such matters, also favors a finding reasonability, fairness, and adequacy of the proposed settlement. As of todays date, there are no objections or opt outs, which also favors approval of the settlement. Accordingly, the Court hereby grants final approval and directs the parties and the claims administrator to fulfill the terms of the settlement forthwith.

IT IS SO ORDERED.

DATED: December 14, 2015

By: *Christina A. Snyder*
Hon. Christina A. Snyder
Judge of the District Court

---