Paul T. Cullen, Esq. (#193575)
THE CULLEN LAW FIRM, APC
19360 Rinaldi St., Box 647
Porter Ranch, CA 91326
Tel: (818) 360-2529; (626) 744-9125
Fax: (866) 794-5741
E-mail: paul@cullenlegal.com

Attorney for CASSIE STROUP, individually on behalf of herself, all others similarly situated, and the general public

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSIE STROUP, and individual, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIERE INTERNATIONAL CORP., a Delaware corporation and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: CV 14-07678 CAS<br>CASE NO.: CV 14-06447 CAS<br>(Hon. Christina A. Snyder)<br><br>[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT<br><br>DATE:  December 14, 2015<br>TIME:  10:00 a.m.<br>CTRM: 5<br><br>Hon. Christina A. Snyder |

On December 14, 2015, the Parties appeared before this Court on Plaintiff's motion for final approval, including the request for attorney's fees, costs and a class representative enhancement.  In light of the documented evidence submitted in the moving papers and good cause appearing therefor, the Court hereby grants

the requests for (1) payment of fees in the amount of $166,666.66 (one third of the non-reversionary gross settlement amount), (2) reimbursement of the $11,588.48 in expenses incurred in the litigation of this matter, as well as (3) a $7500 enhancement award for the named plaintiff, Cassie Stroup.  Plaintiff Class Counsel's fee rate of $750 per hour is reasonable and consistent with the compensation provided to similar attorneys performing the type of work performed Class Counsel herein.  Moreover, Class Counsel's lodestar of $195,000 exceeds the fee request and does not include a request for payment for additional time necessarily to be incurred in the conclusion of the administration of the settlement herein.  The Court further finds that the $11,728.48 in claimed expenses were reasonably incurred in the furtherance of the litigation herein and should be paid in reimbursement to Class Counsel.  Finally, the $7500 Class Representative enhancement is justified based upon the work performed by Plaintiff Cassie Stroup for the benefit of the class she has represented, which work was personally observed to have exceeded 100 hours.  The foregoing sums shall be paid in conformity with the settlement agreement approved concurrently herewith.

IT IS SO ORDERED.

DATED:     December 14, 2015

By: *Christina A. Snyder* (signature)
Hon. Christina A. Snyder
Judge of the District Court

---

[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT

2